# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**COURTNEY MCCORMICK**                                                 **PLAINTIFF**

**v.**                                              **CIVIL ACTION NO. 3:19-CV-163-SA-RP**

**AMERICAN PLASTIC TOYS, INC.**                                  **DEFENDANT**

## ORDER ADMITTING COUNSEL PRO HAC VICE

The Court has considered the motion to have attorney Warren Astbury appear *pro hac vice* on behalf of Plaintiff Courtney McCormick. Docket 10. After reviewing the motion and the record, the Court finds that the requirements of L.U.Civ.R. 83.1(d) have been met, and the motion should be granted but only on condition that counsel registers to be served electronically with orders and notices from the court by no later than November 13, 2019. Counsel may register electronically by accessing the Attorney Registration site at www.msnd.uscourts.gov/ecf and completing the Online ECF Attorney Registration Form.

Counsel are reminded that under L.U.Civ.R. 83.1(d)(3), "at least one resident attorney must sign every submission filed with the court and must personally appear and participate in all trials, in all pretrial conference, case management conferences and settlement conferences, hearings and other proceedings conducted in open court, and all depositions or other proceedings in which testimony is given."

**SO ORDERED**, this the 6th day of November, 2019.

                                                               /s/ Roy Percy
                                                               UNITED STATES MAGISTRATE JUDGE