IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

COURTNEY MCCORMICK                                                            PLAINTIFF

V.                                                         Case No: 3:19-CV-163-SA-RP

AMERICAN PLASTIC TOYS, INC.                                                   DEFENDANT

---

### STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

---

Pursuant to the stipulation and agreement of the parties, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that the above-captioned case shall be and the same hereby is dismissed with prejudice in its entirety and without costs, disbursements, or attorneys' fees being awarded to any party.

SO ORDERED this the 15th day of November, 2019.

                                              /s/ Sharion Aycock
                                              HON. SHARION AYCOCK
                                              United States District Judge

APPROVED FOR ENTRY:

                                              BAKER DONELSON BEARMAN
                                              CALDWELL & BERKOWITZ, PC
                                              Attorneys for Defendant

                                              By: */s/ Jennifer G. Hall*
                                              Jennifer G. Hall (Miss. Bar No. 100809)
                                              One Eastover Center
                                              100 Vision Drive, Suite 400
                                              Jackson, Mississippi 39211
                                              Telephone: 601-351-2483
                                              Facsimile:  601-351-2424
Date: November 15, 2019                  Email:  jhall@bakerdonelson.com

<table>
<tr><td></td><td>MORGAN & MORGAN, PLLC<br>Attorney for Plaintiff</td></tr>
<tr><td></td><td>By:  /s/ Will Graves<br>Will Graves  (MSB# 105679)<br>4450 Old Canton Road, Suite 200<br>Jackson, Mississippi 39211<br>Tel:     601-603-1659<br>Fax:    601-949-3399</td></tr>
<tr><td>Date: November 15, 2019</td><td>Email:  wgraves@forthepeople.com</td></tr>
</table>